IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALDINE TRICE, AN INDIVIDUAL,
Appellant,
vs.
NATIONAL DEFAULT SERVICING
CORPORATION, AN ARIZONA
CORPORATION,
Respondent.

No. 83593

FILED

DEC 15 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on October 8, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. On November 8, 2021, this court denied appellant's request to transfer and apply the filing fees appellant paid for her prior appeal to this appeal. Appellant was directed to pay the filing fee or demonstrate compliance with NRAP 24 within 14 days. To date, appellant has not complied. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]On December 6, 2021, appellant untimely submitted another document asking this court to apply the fees in her prior appeal to this appeal. In light of the prior denial of the same request and this order, no action will be taken on this document.

21-35776

cc: Hon. Carli Lynn Kierny, District Judge
Geraldine Trice
Tiffany & Bosco, P.A.\Las Vegas
Eighth District Court Clerk